JOSEPHINE MELE, Appellant, v. THE UNION FIRE INSURANCE COMPANY OF PARIS,

---

*Affd., 264 N. Y. 644.

France, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.